(INND Rev. 8/16)

-FILED-

JUN 16 2017

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

At ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[*This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.*]

Deborah Renay Seamster
[*You are the PLAINTIFF, print your full name on this line.*]

v.

Calument Township Board
Lake County, Indiana
[*The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.*]

Case Number  2  17CV  262

[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [*Put the defendant named in the caption in this box.*] Calument Township Board Lake County, Indiana | 610 Connecticut Street Gary Indiana 46407 219 883-0574 |
| 2 | [*Put the names of any other defendants in these boxes.*] ████████ | ████████ |
| 3 |  |  |

[*If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.*]

1. How many defendants are you suing? __1__

2. What is your address? __2394 Fillmore__
   __Gary Indiana 46407__

3. What is your telephone number: (____) _____

4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ☒ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. From December 5, 2013 to July 2014 I request assitance from Calument Township.

2) Each Appo.itment I was required to bring documents to verify if I qualify for Housing (Rental) Services. Each Appo.itment I was either asked to bring more documents/or Reciepts to see if I qualify for services.

3) I was denied both Houing (Rental) Assitances each appo.itment except one where I Appealed the board for at least one month.

4) The Board still Refused to assit me in Rental assitance after, they stated they would Assit.

5) Therefore: Under The American Disabilities Act title II, was violated by not Assiting given any Rental Assitance. Being An individual with disabilties I was denied Services, progams or activities

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

~~[redacted text]~~

(6) There has been a criminal Admission of guilt by former Trustee Mary Elgin that she coerced employees to do unethical and illegal Acts Pertaining to this program

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

○ No.

○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Wherefore I Am asking the court for Relief in the Amount of $55,000.

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

D.S  I will keep a copy of this complaint for my records.

D.S.  I will promptly notify the court of any change of address.

D.S  I declare **under penalty of perjury** that the statements in this complaint are true.

Deborah Reney Seemster                                6-16-17
Signature                                                          Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Exhbt A

Approved by State Board of Accounts for Calumet Township, 2006   Form TA-1A

NOTICE OF TOWNSHIP ASSISTANCE ACTION

Name:    SEAMSTER DEBORAH R                          Client#: XXXXX0626
Address: 2268 NICKEL PLATE PL GARY 46406

Action taken or to be taken on your case is as follows:

Your application for
  HH(1)                          20.00
has been approved effective 11/18/2013 and in accordance with IC 12-20-10-2 is
to be worked off beginning 12/05/2013 and ending 01/04/2014 for  2 hours.

Your application for
  RENT                          600.00
has been denied for the reasons listed below:

Date of Application:   12/05/2013
                                          _____
                                          (Township Trustee's Signature)
Date this Notice Sent: 12/05/2013  Time: 11.09.40

--------------------------------------------------------------------------

REMARKS:
  REQUESTED RENT 12/2013 IS DENIED DUE TO CLIENT DOES
  NOT HAVE ENOUGH REMAING ELIGIBILITY. HH(1) ISSUED.
  REQUESTING ACTUAL RENT DEPOSIT RECEIPT, NEXT
  OFFICE VISIT. ALSO REQUESTING AN UPDATED SS/SSI
  PRINTOUT 1/2014. REQUESTING 80% OF PAID RECEIPTS,
  MONTHLY. CLIENT HAS THE RIGHT TO APPEAL, DENIALS
  /SW
* Next Recertification Date [ 05/17/2014 ]. If you fail to recertify by this
  date, your case will automatically be closed.

not required       WADES
------------    ------------    ------------    ------------
(Supervisor)    (Investigator Signature)    (Applicant Signature)


(219) 880-400

8am-

**Exhibit B**

# ELIGIBILITY REQUIREMENTS FOR CALUMET TOWNSHIP ASSISTANCE

Applicants **must** have these items for **all household members** in order to complete the application: *Ms. Deborah Leamster 11/18/13 -LCB*

1. **CONFIRMATION OF RESIDENCE** *(TWO OF THE FOLLOWING)*:
   - \_\_\_\_ A. Valid Indiana Driver's license or Indiana State Identification Card
   - ✓ B. Lease Agreement
   - \_\_\_\_ C. Voter's Registration Card
   - \_\_\_\_ D. Current Utility Bill (must be in applicant or adult household member's name <u>only</u>)
   - \_\_\_\_ E. Automobile Registration

2. **CONFIRMATION OF FAMILY SIZE:** (FOR ALL CHILDREN UNDER AGE 18, MUST HAVE ONE OF THE FOLLOWING DOCUMENTS):
   - \_\_\_\_ A. Birth Certificate (Out of State – 30 days)
   - \_\_\_\_ B. Hospital Certificate (Out of State – 30 days)

3. **CONFIRMATION OF HOUSEHOLD INCOME:**
   - \_\_\_\_ A. Pay stubs for last 30 days' income *Disregard*
   - ✓ B. Other employed persons income
   - \_\_\_\_ C. Child Support payments received/Printout
   - ✗ D. Social Security/Supplemental Security Income (SS/SSI) Checks
   - \_\_\_\_ E. Veterans Administration benefits
   - \_\_\_\_ F. TANF Printout
   - ✗ G. Unemployment Compensation (Wage Inquiry & Voucher History)
   - ✓ H. Sick Benefits *disregard*
   - \_\_\_\_ I. Household contributions
   - \_\_\_\_ J. Federal/State Tax Verification (Complete packet)

4. **CONFIRMATION OF ALL ASSETS:**
   - ✓ A. Savings account statement from bank (current copy) *Bank Statement*
   - ✓ B. Checking account statement from bank (current copy)
   - \_\_\_\_ C. Credit union account statement
   - \_\_\_\_ D. Stocks (present day value)
   - \_\_\_\_ E. Savings bonds (face value)
   - \_\_\_\_ F. Certificates of deposit (face value), IRA's, 401 K's, etc.
   - \_\_\_\_ G. Car Title

5. **CONFIRMATION OF THE COST OF SHELTER:**
   - \_\_\_\_ A. Rent receipt, if renter
   - \_\_\_\_ B. Mortgage Statement
   - \_\_\_\_ C. Monthly payments on home improvement loans
   - \_\_\_\_ D. Monthly payments on stove, refrigerator, etc.
   - \_\_\_\_ E. Utility bill
   - \_\_\_\_ F. Lease Agreement

6. **CONFIRMATION OF ALL PAID EXPENSES FOR PAST THIRTY (30) DAYS** *(MUST PRESENT PAID RECEIPTS FOR 80% OF INCOME)*:
   - \_\_\_\_ A. Paid receipts from doctors, dentists, eye doctors, hospitals, etc.
   - \_\_\_\_ B. Paid receipts from utility/phone bills
   - ✓ C. Paid receipts for household items

7. **PROOF OF BENEFITS OR NO INCOME STATUS W/ OTHER SOCIAL SERVICE AGENCIES:**
   - ✓ A. Food Stamp Printout w/ open & close dates
   - \_\_\_\_ B. Verification of last day worked and last pay stub
   - ✓ C. Social Security/Supplemental Security Income Printout
   - \_\_\_\_ D. Energy Assistance Program verification

8. OTHER: _____

*Deborah Leamster*       *Linda Brown*

CHU: cmc Revised 5.16.12 from 4.12.12

Ex: C

#66
#5

DATE: _March 6, 2014_

TO: _SCHUSTER, DEBORAH_
_2268 MICHED PL._
_219 713-8919_

**REQUESTING:**

Rent ☑  Water ☐  Sewage ☐  Nipsco ☐  Food ☐  Medical ☐  Penalty Lifting ☐

Other: _____

Note: _Jan - Feb & March 2014_

## NOTICE OF HEARING DATE

READ THIS NOTICE THOROUGHLY:

This notice is to advise you that, the Board of Commissioners of the County of Lake, has received your appeal from the decision of the township trustee's office on your case.

Your hearing is scheduled for _March 28, 2014_   _8:30 A.M._
                              DATE                    TIME

at the Calumet Township Trustee's Office, 610 Connecticut Street, Gary, IN 46402.

If your hearing is regarding utility service, you are expected to have with you the most recent statement from said utility and/or a duplicate copy of your bill. It is further your responsibility to know the outstanding balance on said account as of the date of your hearing.

If your hearing involves a request for medical service, you shall bring with you to the hearing the price estimate for said medical services, including doctor's fees and hospital related expense. If you are requesting prescriptions, you are to obtain price estimates for said prescriptions from at least two pharmacies prior to your coming to the hearing.

FAILURE TO PRESENT THE ABOVE REQUESTED INFORMATION AT YOUR HEARING MAY RESULT IN A DENIAL OF YOUR APPEAL.

Be prompt. Hearings will be conducted and appellants called in the order of signature on the appropriate sign in sheet. Your appeal will be dismissed if you fail to respond when called. The hearings will end when the case of the last person scheduled to arrive has been heard. Appellants who do not respond to the first three calls will be recalled one time only after all other hearings are conducted and only if time allows. Those appellants who are denied based on a failure to appear must reapply at the township level for another hearing dated if desired. NOTE: NO SERVICE WILL BE PROVIDED TO ANY PERSON ON THE SAME DAY OF THE HEARING.

Any questions should be directed to the township office. Do not call the office of the Commissioners' Attorney or the Board of Commissioners for information regarding appeal hearings.

Ola Smith/_____
Lake County Board of Commissioners/Representative

Elizabeth Jolley/_____
Calumet Township Appeal Hearing Coordinator

CHU/ej 1/22/14 FROM 4/19/12