# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| DEBORAH R. SEAMSTER,<br>　　　Plaintiff,<br><br>　　v.<br><br>CALUMET TOWNSHIP BOARD<br>LAKE COUNTY, INDIANA,<br>　　　Defendant. | )<br>)<br>)<br>)　　CAUSE NO.:2:17-CV-262-JEM<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on a Joint Stipulation of Dismissal with Prejudice [DE 25], filed by Defendant on March 8, 2018. A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). In this case, the document was filed by Defendant with an electronic signature for the *pro se* plaintiff.

Finding that the instant document does not comply with Federal Rule of Civil Procedure 41, the Court **DENIES with leave to refile** Joint Stipulation of Dismissal with Prejudice [DE 25].

SO ORDERED this 12th day of March, 2018.

　　　　　　　　　　　　　　　　　　s/ John E. Martin　　　　　　　　　
　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE JOHN E. MARTIN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

cc:　　All counsel of record
　　　　Plaintiff, *pro se*